IN THE SUPREME COURT OF NORTH CAROLINA

No. 395A17

Filed 8 June 2018

KEN WALKER, TED P. PEARCE, MARK STREET, and WARREN C. BICKERS

v.

DRIVEN HOLDINGS, LLC

Appeal pursuant to N.C.G.S. § 7A-27(a)(2) from an opinion and order dated 7 August 2017 entered by Judge James L. Gale, Chief Special Superior Court Judge for Complex Business Cases, in Superior Court, Mecklenburg County, after the case was designated a mandatory complex business case by the Chief Justice pursuant to N.C.G.S. § 7A-45.4(b). Heard in the Supreme Court on 15 May 2018 in session in the Henderson County Historic Courthouse in the City of Hendersonville, pursuant to section 18B.8 of Chapter 57 of the 2017 North Carolina Session Laws.

*Milazzo Webb Law, PLLC, by David C. Boggs and Colin R. Stockton, for plaintiff-appellants.*

*Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P., by Michael W. Mitchell and Jackson Wyatt Moore, Jr.; and White & Case LLP, by Glenn M. Kurtz, pro hac vice, and Kimberly A. Haviv, pro hac vice, for defendant-appellee.*

PER CURIAM.

AFFIRMED.